```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

Robyn J.B. Pollock

    v.                                    Case No. 12-cv-212-PB

GMAC Mortgage, LLC, et al.


**O R D E R**

The court will hold an evidentiary hearing on July 8, 2013 at 9:30 a.m. concerning the effect of this litigation on plaintiff's credit score.  A representative of GMAC shall attend and testify regarding the actions that will be required by GMAC to correct the plaintiff's credit score.

    SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

June 18, 2013

cc:   Brian Duffy, Esq.
       Brian S. Grossman, Esq.
       Daniel W. Sklar, Esq.