```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Robyn J.B. Pollock</u>

    v.                                    Case No. 12-cv-212-PB

<u>GMAC Mortgage, LLC, et al.</u>


## O R D E R

The court will hold an evidentiary hearing on July 8, 2013 at 9:30 a.m. concerning the effect of this litigation on plaintiff's credit score.  A representative of GMAC shall attend and testify regarding the actions that will be required by GMAC to correct the plaintiff's credit score.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

June 18, 2013

cc:   Brian Duffy, Esq.
       Brian S. Grossman, Esq.
       Daniel W. Sklar, Esq.